No. 3010. Saras, Apelante, *v.* Sucesión Saras, Apelados.—Corte de Distrito de Humacao. Filiación. Resuelto en marzo 26, 1923. Vista la moción del apelado para desestimar el recurso y la certificación que se acompaña y apareciendo que si bien la apelación se interpuso el 8 de febrero, 1923, y han transcurrido más de 30 días sin que los autos se hayan radicado en la Secretaría de este Tribunal, es lo cierto que la apelante ha solicitado y obtenido una prórroga para ello y no se ha demostrado que sea ilegal ni que se haya im-

pugnado en la corte inferior, se declara no haber lugar a desestimar la apelación.